**B6D (Official Form 6D) (12/07)**

In re **Christopher M. Coughlin** , Case No. **10-50977**
                    **Debtor**                                                    **(If known)**

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Steven De Got**<br>**25 Nearwater Lane**<br>**Riverside, CT 06878** | | | **01/01/2007**<br>**Second Mortgage Loan**<br>**VALUE $0.00** | | | | **145,000.00** | **145,000.00** |

_0_ continuation sheets attached

Subtotal ➢
(Total of this page)   $ **145,000.00**   $ **145,000.00**

Total ➢
(Use only on last page)   $ **145,000.00**   $ **145,000.00**

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

*B6 Declaration (Official Form 6 - Declaration) (12/07)*

In re **Christopher M. Coughlin**                                    Case No. **10-50977**
                        **Debtor**                                                               **(If known)**

# AMENDED - DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **17** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **6/14/2010**                                    Signature: **s/ Christopher M. Coughlin**
                                                                              **Christopher M. Coughlin**
                                                                                                    Debtor
                                                                   [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT APPLICABLE)

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*