**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE | : | CASE NO. 10-50977 AHWS |
| CHRISTOPHER M. COUGHLIN | : | CHAPTER 11 |
| | : | |
| DEBTOR(S) | : | |
| | : | |
| FORD MOTOR CREDIT COMPANY LLC | : | Re: Doc. I.D. No. 21 |
| FORMERLY FORD MOTOR CREDIT | : | |
| COMPANY | : | |
| MOVANT | : | |
| vs. | : | |
| CHRISTOPHER M. COUGHLIN | : | |
| RESPONDENT(S) | : | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

After notice, see Bankruptcy Code Section 102(1), on Ford Motor Credit Company LLC formerly Ford Motor Credit Company  (hereafter the "Movant") Motion for Relief from Stay (hereafter, the "Motion") I.D. No. 21.

**IT IS HEREBY ORDERED** that the Automatic Stay of Section 362(a) of the Bankruptcy Code is modified so that the Movant may exercise its rights if any, under its security agreement with the above Debtor(s) with regard to a 2006 Ford Explorer, Vehicle Identification Number 1FMEU73EX6UA38701, in accordance with State and Federal Law.

**IT IS FURTHER ORDERED** that the 14-day stay of Bankruptcy Rule 4001(a)(3) is not applicable so that the Movant may immediately enforce and implement this Order modifying the automatic stay.  No deficiency judgment shall be enforced without the further order of this court.

Dated: June 25, 2010                                                                                     By the court

                                                                                                    Alan H. W. Shiff
                                                                                                    United States Bankruptcy Judge