Form ntchrgBKBPT

# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

In Re: Debtor(s) name(s) used by the debtor(s) in the last 8 years including married, maiden, trade and address):
Christopher M. Coughlin
1 Random Road
Old Greenwich, CT 06870

Bankruptcy Proceeding No.: 10−50977
Chapter: 11
Judge: Alan H.W. Shiff

## NOTICE OF HEARING

**Eastern Savings Bank, Creditor has filed papers with the court.**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

PLEASE TAKE NOTICE that a hearing will be held at

915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604

on 9/28/10 at 10:00 AM

to consider and act upon the following:

**55** − Motion for Relief from Stay re: 1 Random Road, Old Greenwich, CT. Filed by Michael S. Wrona on behalf of Eastern Savings Bank, Creditor Or, i the Alternative, Motion to Convert Case from Chapter 11 to Chapter 7. Filed by Michael S. Wrona on behalf of Eastern Savings Bank, Creditor, Or,, Motion to Dismiss Case For Failure to Confirm a Plan of Reorganization Filed by Michael S. Wrona on behalf of Eastern Savings Bank, Creditor. (Rai, Sujata)

NOTICE IS FURTHER GIVEN that said hearing may be continued or adjourned from time to time; without further notice other than an order in open court.

**If you want the court to consider your views on the above mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date.**

**If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief.**

Date of Issuance by the Clerk: 8/24/10

*Deborah S. Hunt*

Clerk, U.S. Bankruptcy Court