B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re **CHRISTOPHER M. Coughlin**
Debtor

Case No. **10-50977**

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **June, 2010**   Date filed: **September 14, 2010**

Line of Business: **Financial Services**   NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

**CHRISTOPHER M. Coughlin**
Printed Name of Responsible Party

| | Questionnaire: (All questions to be answered on behalf of the debtor.) | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? (N/A) | ☐ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☒ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☒ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☒ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☒ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☒ | ☐ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☒  ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ _____

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month    $ 7827.04 (?)
Cash on Hand at End of Month    $ 4,601.36

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU  TOTAL  $ _____

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $ 11,429.32

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*          $ 2058
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*       $ 11,429.32

*(Subtract Line C from Line B)*    CASH PROFIT FOR THE MONTH   $ (9371.32)

3                                                                                               Page 3

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ 0-

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ 3800
managed money fees

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?    1

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?    1

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $ 0

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $ 0

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $ 0

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $ 0

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| DQ1 | 110133 | 001225 | | 0000391946 | 1 |

259-0001

OPPENHEIMER & CO. INC.
3310 W. BIG BEAVER RD
SUITE 205
TROY, MI 48084

## Earnings Statement  ADP

Period Beginning: 06/16/2010
Period Ending: 07/15/2010
Pay Date: 07/15/2010

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 6, Tax Blocked, 13% Additional Tax
  CT:

CHRISTOPHER COUGHLIN
1 RANDOM ROAD
OLD GREENWICH CT 06870

Social Security Number: xxx-xx-6484

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Commission | | | 2,058.00 | 14,406.00 |
| **Gross Pay** | | | **$2,058.00** | 14,406.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 46.20 | 323.40 |

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -213.59 | 1,495.13 |
| Social Security Tax | -104.73 | 733.11 |
| Medicare Tax | -24.49 | 171.45 |
| CT State Income Tax | -82.15 | 575.05 |
| **Other** | | |
| Dep Life 15Th | -1.10 | 7.70 |
| Ltd 15 | -13.14 | 183.81 |
| Medical Premium | -415.00* | 2,905.00 |
| Spouse Life | -4.35 | 30.45 |
| Sup Life | -324.36 | 2,270.52 |
| **Net Pay** | **$875.09** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,643.00

*[handwritten: + 28m in ashrow not paid mt / 1 mil / 38m still]*

50-828/219

OPPENHEIMER & CO. INC.
3310 W. BIG BEAVER RD
SUITE 205
TROY, MI 48084

Payroll check number: 0000391946
Pay date: 07/15/2010

Pay to the order of: CHRISTOPHER COUGHLIN

This amount: EIGHT HUNDRED SEVENTY FIVE AND 09/100 DOLLARS    $875.09

VOID NON-NEGOTIABLE  VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

*THIS IS NOT A CHECK*

THE BANK OF NEW YORK

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

May 29, 2010 through June 30, 2010
Account Number: 000000813694700

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00091651 DRE 802 141 18210 - NNNNY T 1 000000000 62 0000
CHRISTOPHER M COUGHLIN DIP
DEBTOR IN POSSESSION
CASE #10-50977
1 RANDOM RD
OLD GREENWICH CT 06870-2232

## IMPORTANT NOTICE ABOUT YOUR ACCOUNT

We strictly prohibit the use of your accounts to conduct any transactions involving unlawful Internet gambling or any other illegal activity. This includes accepting or receiving any funds or deposits to your accounts from unlawful Internet gambling or other illegal activity. If you have any questions, please call us at 1-800-CHASE38 (1-800-242-7338).

## CHECKING SUMMARY    Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $7,827.21 |
| Deposits and Additions | 3 | 10,878.11 |
| Checks Paid | 15 | - 5,964.95 |
| ATM & Debit Card Withdrawals | 77 | - 5,464.37 |
| Electronic Withdrawals | 8 | - 2,642.62 |
| Fees and Other Withdrawals | 3 | - 32.02 |
| Ending Balance | 106 | $4,601.36 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/01 | Deposit | 692367207 | $10,000.00 |
| 06/18 | Deposit | 694559705 | 875.09 |
| 06/18 | Transfer From Chkxxxxx8699 | | 3.02 |
| **Total Deposits and Additions** | | | **$10,878.11** |

Page 1 of 8

# CHASE 🟦

May 29, 2010 through June 30, 2010
Account Number: 000000813694700

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:     Step 1 Balance: $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total: $_____

3. Add Step 2 Total to Step 1 Balance.     Step 3 Total: $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total: -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance: $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

 CHASE

May 29, 2010 through June 30, 2010
Account Number: 000000813694700



## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1002 ^ | | 06/09 | $175.00 |
| 1003 ^ | | 06/10 | 125.00 |
| 1005 * ^ | | 06/14 | 225.00 |
| 1006 ^ | | 06/16 | 1,350.00 |
| 1007 ^ | | 06/23 | 175.00 |
| 1008 ^ | | 06/16 | 125.00 |
| 1009 ^ | | 06/18 | 200.00 |
| 1010 ^ | | 06/30 | 175.00 |
| 1011 ^ | | 06/22 | 125.00 |
| 1012 ^ | | 06/24 | 1,250.00 |
| 1013 ^ | | 06/30 | 1,370.00 |
| 1014 ^ | | 06/30 | 175.00 |
| 999993 * ^ | | 06/01 | 175.00 |
| 999995 * ^ | | 06/07 | 120.00 |
| 999997 * ^ | | 06/07 | 199.95 |
| **Total Checks Paid** | | | **$5,964.95** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/01 | Card Purchase | 05/28 Cvs Pharmacy #1898 Q Old Greenwi CT Card 3223 | $65.00 |
| 06/01 | Card Purchase | 05/28 Beach House Cafe Oldgreenwich CT Card 3223 | 39.76 |
| 06/01 | Card Purchase | 05/29 Triple S Stamford Stamford CT Card 3223 | 115.36 |
| 06/01 | Card Purchase | 05/29 Sunoco 0683377600 Greenwich CT Card 3223 | 37.05 |
| 06/01 | Card Purchase | 05/29 James Wong Laundry Old Greenwich CT Card 3223 | 78.25 |
| 06/01 | Card Purchase With Pin | 05/29 Old Greenwich Food M Old Greenwi CT Card 3223 | 104.05 |
| 06/01 | Card Purchase | 05/29 Acc Fine Wines Old Greenwich CT Card 3223 | 62.53 |
| 06/02 | Card Purchase | 05/31 City Limits Diner Stamford CT Card 3223 | 29.86 |
| 06/02 | Card Purchase | 06/01 Gv 365 Riverside CT Card 3223 | 20.32 |
| 06/02 | Card Purchase | 06/01 Vzwrlss-Ivr Vn 800-9220204 CA Card 3223 | 500.00 |
| 06/03 | Card Purchase | 06/02 Gv 365 Riverside CT Card 3223 | 25.65 |
| 06/03 | Card Purchase With Pin | 06/03 Express Fuels & Food MA Danbury CT Card 3223 | 25.19 |
| 06/07 | Card Purchase | 06/05 Ezpass Prepaid Toll 800-333-8655 NY Card 3223 | 25.00 |
| 06/07 | Card Purchase | 06/04 Comlax-Norwalk # 21 Norwalk CT Card 3223 | 30.98 |
| 06/07 | Card Purchase | 06/04 Pure Hockey-Norwalk Norwalk CT Card 3223 | 169.59 |
| 06/07 | Card Purchase | 06/05 Gv 365 Riverside CT Card 3223 | 23.59 |
| 06/07 | Card Purchase | 06/06 Gv 365 Riverside CT Card 3223 | 25.30 |
| 06/07 | Card Purchase | 06/06 Brooks Brother26061432 Greenwich CT Card 3223 | 107.04 |
| 06/08 | Card Purchase | 06/07 Ezpass Prepaid Toll 800-333-8655 NY Card 3223 | 25.00 |
| 06/09 | Card Purchase | 06/07 Staples   00105957 Riverside CT Card 3223 | 0.10 |
| 06/09 | Card Purchase | 06/08 Gv 365 Riverside CT Card 3223 | 26.82 |

**CHASE**

May 29, 2010 through June 30, 2010
Account Number: 000000813694700

9.

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/09 | Card Purchase  06/08 Aux Delices 1075 Putnam CT Card 3223 | 51.75 |
| 06/09 | Card Purchase  06/08 James Wong Laundry Old Greenwich CT Card 3223 | 48.75 |
| 06/09 | Non-Chase ATM Withdraw  06/09 181 Orange Street New Haven CT Card 3223 | 101.75 |
| 06/10 | Card Purchase  06/08 0460 Extra Space Sto 203-357-820 CT Card 3223 | 204.69 |
| 06/10 | Card Purchase  06/09 Gv 365 Riverside CT Card 3223 | 18.35 |
| 06/10 | Card Purchase  06/09 Corner Deli New Haven CT Card 3223 | 17.79 |
| 06/10 | Card Purchase With Pin  06/09 Cvs 01898 01898--255 Old Greenwi CT Card 3223 | 35.00 |
| 06/11 | Card Purchase With Pin  06/10 The Home Depot 1212 Port Chester NY Card 3223 | 106.30 |
| 06/11 | ATM Withdrawal  06/11 260 Sound Beach Ave Old Greenwic CT Card 3223 | 60.00 |
| 06/14 | Card Purchase  06/10 Tokeneke Service Inc Darien CT Card 3223 | 38.99 |
| 06/14 | Card Purchase  06/12 Feinsod True Value Old Greenwich CT Card 3223 | 24.36 |
| 06/14 | Card Purchase  06/12 James Wong Laundry Old Greenwich CT Card 3223 | 78.05 |
| 06/14 | Card Purchase With Pin  06/12 Old Greenwich Food M Old Greenwi CT Card 3223 | 93.33 |
| 06/14 | Card Purchase  06/12 Landmark 9 Stamford CT Card 3223 | 24.00 |
| 06/14 | ATM Withdrawal  06/13 260 Sound Beach Ave Old Greenwic CT Card 3223 | 100.00 |
| 06/14 | Card Purchase  06/13 Gv 365 Riverside CT Card 3223 | 38.00 |
| 06/15 | ATM Withdrawal  06/15 260 Sound Beach Ave Old Greenwic CT Card 3223 | 80.00 |
| 06/15 | Card Purchase With Pin  06/15 85 Mill Plain Rd Danbury CT Card 3223 | 35.20 |
| 06/16 | Card Purchase With Pin  06/15 Shoprite of Commer Stamford CT Card 3223 | 32.60 |
| 06/17 | Card Purchase  06/16 B&S Carting/City Car 203-324-064 CT Card 3223 | 246.00 |
| 06/18 | Card Purchase  06/17 Gv 365 Riverside CT Card 3223 | 34.43 |
| 06/18 | Card Purchase  06/17 Planet Tv & Applianc 203-968-151 CT Card 3223 | 424.00 |
| 06/18 | ATM Withdrawal  06/18 260 Sound Beach Ave Old Greenwic CT Card 3223 | 80.00 |
| 06/21 | Card Purchase  06/18 Exxonmobil  12854105 Danbury CT Card 3223 | 67.95 |
| 06/21 | Card Purchase With Pin  06/18 Old Greenwich Food M Old Greenwi CT Card 3223 | 61.39 |
| 06/21 | Card Purchase  06/19 Gv 365 Riverside CT Card 3223 | 42.87 |
| 06/21 | Non-Chase ATM Withdraw  06/19 1324 Putnam Avenue Old Greenwich CT Card 3223 | 102.00 |
| 06/21 | Card Purchase  06/19 Aoc Fine Wines Old Greenwich CT Card 3223 | 28.61 |
| 06/21 | Card Purchase  06/20 Gv 365 Riverside CT Card 3223 | 45.25 |
| 06/21 | ATM Withdrawal  06/21 260 Sound Beach Ave Old Greenwic CT Card 3223 | 100.00 |
| 06/22 | Card Purchase  06/20 Exxonmobil  794096 Old Greenwi CT Card 3223 | 99.21 |
| 06/22 | Card Purchase  06/20 Darlene's Heavenly D 203-6989441 CT Card 3223 | 16.95 |
| 06/22 | Card Purchase  06/21 Encon Heating & Air C 2033755228 CT Card 3223 | 120.83 |
| 06/22 | ATM Withdrawal  06/22 44 Lake Ave Danbury CT Card 3223 | 80.00 |
| 06/22 | ATM Withdrawal  06/22 260 Sound Beach Ave Old Greenwic CT Card 3223 | 100.00 |
| 06/23 | Card Purchase  06/21 Sound Beach Pizza Gr 203-6371085 CT Card 3223 | 14.28 |
| 06/23 | Card Purchase  06/22 Gv 365 Riverside CT Card 3223 | 39.81 |
| 06/24 | Card Purchase  06/22 Cvs Pharmacy #1898 Q Old Greenwi CT Card 3223 | 15.00 |
| 06/24 | ATM Withdrawal  06/24 260 Sound Beach Ave Old Greenwic CT Card 3223 | 100.00 |
| 06/25 | Card Purchase  06/22 Cvs Pharmacy #2210 Q03 Riverside CT Card 3223 | 15.00 |
| 06/25 | Card Purchase  06/23 85 Mill Plain Rd, Llc Danbury CT Card 3223 | 29.76 |
| 06/25 | Card Purchase With Pin  06/24 Exxonmobil POS Wilton CT Card 3223 | 13.00 |
| 06/25 | Card Purchase  06/24 James Wong Laundry Old Greenwich CT Card 3223 | 72.35 |
| 06/28 | Card Purchase  06/25 Gv 365 Riverside CT Card 3223 | 36.43 |
| 06/28 | Card Purchase  06/25 Cablevision #7808 203-847-6666 CT Card 3223 | 250.13 |
| 06/28 | Card Purchase With Pin  06/25 The Home Depot 6209 Danbury CT Card 3223 | 127.14 |
| 06/28 | Card Purchase With Pin  06/25 Old Greenwich Food M Old Greenwi CT Card 3223 | 83.48 |

Case 10-50977  Doc 59  Filed 09/14/10  Entered 09/14/10 12:57:49  Desc Main Document  Page 9 of 12



CHASE

May 29, 2010 through June 30, 2010
Account Number: 000000813694700

## ATM & DEBIT CARD WITHDRAWALS (continued)



| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/28 | Card Purchase With Pin 06/26 The Home Depot 1212 Port Chester NY Card 3223 | 31.44 |
| 06/28 | Card Purchase 06/26 Portchester 070268 Portchester NY Card 3223 | 27.00 |
| 06/28 | Card Purchase 06/26 Portchester 070268 Portchester NY Card 3223 | 8.50 |
| 06/28 | Card Purchase With Pin 06/27 Cvs 01898 01898--255 Old Greenwi CT Card 3223 | 65.00 |
| 06/28 | ATM Withdrawal 06/27 280 Sound Beach Ave Old Greenwic CT Card 3223 | 80.00 |
| 06/28 | Card Purchase 06/27 Gv 365 Riverside CT Card 3223 | 59.00 |
| 06/29 | Card Purchase 06/28 Gv 365 Riverside CT Card 3223 | 43.79 |
| 06/29 | Card Purchase 06/28 Marco Polo Pizza 203-3449337 CT Card 3223 | 19.16 |
| 06/30 | Card Purchase 06/29 Gv 365 Riverside CT Card 3223 | 19.26 |
| **Total ATM & Debit Card Withdrawals** | | **$5,464.37** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/02 | Ford Credit Auto Pymt PPD ID: 5381612444 | $1,141.27 |
| 06/18 | Cl&P Utility Nusc11000023772 CCD ID: 9239674001 | 176.63 |
| 06/18 | Jpmorgfee Utility Nusc11000023773 CCD ID: 9002337001 | 2.50 |
| 06/30 | Ford Credit Auto Pymt PPD ID: 5381612444 | 1,010.52 |
| 06/30 | Chubb Personal C Bill Pay 6121616801 Tel ID: 7529026511 | 195.32 |
| 06/30 | The Student Loan Slpayments PPD ID: S160636055 | 99.48 |
| 06/30 | The Student Loan Slpayments PPD ID: S160636055 | 14.95 |
| 06/30 | Billmatrix Bill Pay 6121616802 Tel ID: 7529000011 | 1.95 |
| **Total Electronic Withdrawals** | | **$2,642.62** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/09 | Non-Chase ATM Fee-With | $2.00 |
| 06/14 | Withdrawal To Another Account | 28.02 |
| 06/21 | Non-Chase ATM Fee-With | 2.00 |
| **Total Fees & Other Withdrawals** | | **$32.02** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 06/01 | $17,150.21 | 06/16 | 11,435.62 |
| 06/02 | 15,458.76 | 06/17 | 11,189.62 |
| 06/03 | 15,407.92 | 06/18 | 11,150.17 |
| 06/07 | 14,706.47 | 06/21 | 10,700.10 |
| 06/08 | 14,681.47 | 06/22 | 10,218.11 |
| 06/09 | 14,275.30 | 06/23 | 9,989.02 |
| 06/10 | 13,874.47 | 06/24 | 8,624.02 |
| 06/11 | 13,708.17 | 06/25 | 8,493.91 |
| 06/14 | 13,058.42 | 06/28 | 7,725.79 |
| 06/15 | 12,943.22 | 06/29 | 7,662.84 |



May 29, 2010 through June 30, 2010
Account Number: 000000813694700

## DAILY ENDING BALANCE (continued)

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 06/30 | 4,601.36 | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 100 |
| Deposits / Credits | 3 |
| Deposited Items | 2 |
| **Transaction Total** | **105** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |

**CHASE ◯**

May 29, 2010 through June 30, 2010
Account Number: 000000813694700



## Introducing
## Chase Loan for Hire!

**Get up to 2% Off Our Lowest Rates in Years with the
First Loan that Rewards you for Growing Your Business**

**Part of our $10 Billion Business Lending Promise**

- .50% off for each new employee hired in 2010, up to 3
- Plus, get .50% off if you have a Chase business checking account

**Visit your local Chase branch or go to chase.com/LoanForHire today.**

Some restrictions, eligibility requirements, and fees may apply. All lines of credit are subject to credit approval by JPMorgan Chase Bank, N.A. Credit approval will depend on the credit profiles of the business and any guarantors, the line amount and the availability of property as collateral in which Chase can obtain first lien position. Businesses with annual sales revenues of $10 million or less are eligible. Offer applies to new lines of credit between $10,000 and $250,000 and to existing lines which are increased by $10,000 or more. Chase reserves the right to cancel this offer anytime without notice; however, this offer will still apply to lines that are already booked and applications for lines that are being processed prior to cancellation. Lines will be evidenced by Chase documentation for the Chase Business Line of Credit. Offer not valid in combination with any other lending offer. Lines must be opened by December 31, 2010 to be eligible for this offer. Chase may ask for additional information as borrower's request for credit is processed.

**Interest rate reduction for hiring new employees:** On or before December 31, 2010, borrower must provide certification satisfactory to Chase that borrower has (i) during the period beginning on June 29, 2010 and ending on December 31, 2010, increased the net number of persons employed by borrower and (ii) with respect to each such person, retained a completed Form I-9. Any interest rate reduction will become effective 14 to 30 days following Chase's receipt of borrower's certification. Chase will reduce the rate at which interest would otherwise accrue to the unpaid principal balance of the promissory note by 0.50% of each such net increase of person employed by borrower, up to three persons and a maximum interest rate reduction of 1.50%.

**Interest rate reduction for having Business checking:** If the Chase business checking account is ever closed, the additional 0.50% rate reduction will no longer apply.

Federal law requires all financial institutions to obtain, verify, and record information that identifies each person or business that opens an account.

© 2010 JPMorgan Chase Bank, N.A. Member FDIC. Equal Opportunity Lender.

B 25C (Official Form 25C) (12/08)

4

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.