B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re **Christopher M Coughlin**
_Debtor_

Case No. **10-50977**

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **July 2010**    Date filed: **Sept 10 10**

Line of Business: **Financial Services**    NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_/s/ Christopher Coughlin_
Original Signature of Responsible Party

_Christopher M. Coughlin_
Printed Name of Responsible Party

**Questionnaire:** (All questions to be answered on behalf of the debtor.)

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | X | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | X | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | N/A | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | X | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | X | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | X | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | X | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | X | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | X | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | X |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | X |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | X |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | X |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☒
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☒
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☒
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☒
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☒ ☐

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☒ ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 12,000

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month    $ 4,601.36
Cash on Hand at End of Month      $ 20,592.14

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU  TOTAL  $ _____

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $ 13,494

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*    $ 12,000
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*  $ 13,494

*(Subtract Line C from Line B)*    CASH PROFIT FOR THE MONTH    $ (1,494)

B 25C (Official Form 25C) (12/08)

**3**

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ 0

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ 3800 (managed mnre fees)

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?   1

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?   1

## PROFESSIONAL FEES

**BANKRUPTCY RELATED:**

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ 0

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ 0

**NON-BANKRUPTCY RELATED:**

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ 0

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ 0

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re _Christopher M. Coughlin_    Case No. _10-50977_
    Debtor

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: _August 2010_    Date filed: _Sept/10/10_
Line of Business: _Financial Services_    NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_[signature]_
Original Signature of Responsible Party

_Christopher M. Coughlin_
Printed Name of Responsible Party

| Questionnaire: (All questions to be answered on behalf of the debtor.) | Yes | No |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. DID YOU PAY YOUR EMPLOYEES ON TIME? (N/A) | ☐ | ☐ |
| 4. HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☒
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☒
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☒
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☒
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☒ ☐

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☒ ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

(Exhibit A)

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. (THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)

TOTAL INCOME $ 2084

### SUMMARY OF CASH ON HAND

~~Cash on Hand at Start of Month~~ $ 20,592

Cash on Hand at End of Month $ 9,104.50

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU — TOTAL $ 

(Exhibit B)

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. (THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT)

TOTAL EXPENSES $ 13,370

(Exhibit C)

## CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B) $ 2084
EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C) $ 13,370

(Subtract Line C from Line B)    CASH PROFIT FOR THE MONTH $ (11,286)

Page 3

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ 0

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ 0

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  1
NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  1

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ 0

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ 0

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ 0

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ 0

B 25C (Official Form 25C) (12/08)



Page 4

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:            $ _____

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:         $ _____

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:     $ _____

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826 - 0180

July 01, 2010 through July 30, 2010
Account Number: 000000813694700



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00077265 DRE 802 143 21210 - NNNNN T 1 000000000 62 0000
CHRISTOPHER M COUGHLIN DIP
DEBTOR IN POSSESSION
CASE #10-50977
1 RANDOM RD
OLD GREENWICH CT 06870-2232

## CHECKING SUMMARY  Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $4,601.36 |
| Deposits and Additions | 3 | 32,000.00 |
| Checks Paid | 16 | - 8,380.18 |
| ATM & Debit Card Withdrawals | 60 | - 5,113.92 |
| Electronic Withdrawals | 5 | - 837.12 |
| Fees and Other Withdrawals | 10 | - 1,678.00 |
| **Ending Balance** | **94** | **$20,592.14** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/06 | Deposit    626554552 | $12,000.00 |
| 07/28 | Chips Credit Via: Bank of America N.A./0959 B/O: Stephen Pare Degot New York NY 10019-2507 Ref: Nbnf=Christopher M Coughlin Dip Debtor Old Greenwich, CT 068702232/Ac-000000008136 Org=/000004153227 New York NY 10019-2507 Ssn: 0372794 Trn: 7033900209Fc | 15,500.00 |
| 07/30 | Chips Credit Via: Bank of America N.A./0959 B/O: Stephen Pare Degot New York NY 10019-2507 Ref: Nbnf=Christopher M Coughlin Dip Debtor Old Greenwich, CT 068702232/Ac-000000008136 Org=/000004153227 New York NY 10019-2507 Ssn: 0415879 Trn: 8098100211Fc | 4,500.00 |
| **Total Deposits and Additions** | | **$32,000.00** |



July 01, 2010 through July 30, 2010

Account Number:    000000813694700

## BALANCING YOUR CHECKBOOK



Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:        Step 1 Balance:  $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |
|      |        |      |        |      |        |

                                                                Step 2 Total:   $_____

3. Add Step 2 Total to Step 1 Balance.                          Step 3 Total:   $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

                                                                Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

# CHASE

July 01, 2010 through July 30, 2010

Account Number: 000000813694700



## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1015 ^ | | 07/01 | $125.00 |
| 1016 ^ | | 07/12 | 175.00 |
| 1017 ^ | | 07/06 | 125.00 |
| 1018 ^ | | 07/09 | 600.00 |
| 1019 ^ | | 07/09 | 650.00 |
| 1020 ^ | | 07/14 | 1,250.00 |
| 1021 ^ | | 07/14 | 175.00 |
| 1022 ^ | | 07/15 | 125.00 |
| 1023 ^ | | 07/21 | 1,250.00 |
| 1024 ^ | | 07/26 | 175.00 |
| 1025 ^ | | 07/19 | 125.00 |
| 1026 ^ | | 07/28 | 1,250.00 |
| 1027 ^ | | 07/28 | 175.00 |
| 1028 ^ | | 07/28 | 125.00 |
| 999998 ^ | | 07/20 | 120.00 |
| 999999 ^ | | 07/01 | 1,935.18 |

**Total Checks Paid** — **$6,380.18**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.
^ This check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DESCRIPTION | | AMOUNT |
|---|---|---|
| Purchase | 06/30 Gv 365 Riverside CT Card 3223 | $21.28 |
| Withdrawal | 07/01 260 Sound Beach Ave Old Greenwic CT Card 3223 | 140.00 |
| Purchase | 07/01 Gv 365 Riverside CT Card 3223 | 23.36 |
| Purchase | 07/02 Gv 365 Riverside CT Card 3223 | 19.71 |
| Purchase | 07/02 Aoc Fine Wines Old Greenwich CT Card 3223 | 57.21 |
| | Vzwrlss-Ivr Vn 800-9220204 CA Card 3223 | 263.44 |
| | Wong Laundry Old Greenwich CT Card 3223 | 125.25 |
| | Exonmobil POS Old Gree CT Card 3223 | 23.02 |
| | Old Greenwich Food M Old Greenwi CT Card 3223 | 141.44 |
| | Home Depot 1212 Port Chester NY Card 3223 | 147.78 |
| | Riverside CT Card 3223 | 56.32 |
| | Greenwich Ave Greenwich CT Card 3223 | 103.00 |
| | Ave Gas Port Chester NY Card 3223 | 27.39 |
| | Professio Port Cheste NY Card 3223 | 161.83 |
| | Riverside CT Card 3223 | 29.47 |
| | Putnam Ave Riverside CT Card 3223 | 240.00 |
| | Rd, Llc Danbury CT Card 3223 | 33.55 |
| | Greenwich Food M Old Greenwi CT Card 3223 | 66.33 |
| | Emporium #70750 Riverside CT Card 3223 | 5.98 |
| | Riverside CT Card 3223 | 53.75 |



Page 3 of 6



July 01, 2010 through July 30, 2010

Account Number: 000000813694700

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/12 | Card Purchase With Pin 07/10 Petsmart Inc 1867 Stamford CT Card 3223 | 45.57 |
| 07/12 | Card Purchase 07/10 Pomodoro Pizzeria And Riverside CT Card 3223 | 36.46 |
| 07/12 | Card Purchase With Pin 07/10 Exxonmobil POS Greenwch CT Card 3223 | 45.95 |
| 07/12 | Card Purchase With Pin 07/11 Cvs 01898 01898--255 Old Greenwi CT Card 3223 | 54.38 |
| 07/12 | Non-Chase ATM Withdraw 07/12 100 Mill Plain Rd Danbury CT Card 3223 | 83.00 |
| 07/13 | Card Purchase 07/11 Generations Old Greenwich CT Card 3223 | 25.00 |
| 07/14 | Card Purchase 07/13 Gv 365 Riverside CT Card 3223 | 29.80 |
| 07/14 | ATM Withdrawal 07/14 260 Sound Beach Ave Old Greenwic CT Card 3223 | 100.00 |
| 07/15 | Card Purchase 07/14 Gv 365 Riverside CT Card 3223 | 19.50 |
| 07/16 | Card Purchase 07/14 0460 Extra Space Storag Stamford CT Card 3223 | 199.74 |
| 07/16 | Card Purchase 07/15 85 Mill Plain Rd, Llc Danbury CT Card 3223 | 28.85 |
| 07/16 | Card Purchase 07/15 Brickhouse Electron 800-654-7899 NY Card 3223 | 94.45 |
| 07/16 | ATM Withdrawal 07/16 260 Sound Beach Ave Old Greenwic CT Card 3223 | 140.00 |
| 07/19 | Card Purchase 07/16 James Wong Laundry Old Greenwich CT Card 3223 | 140.30 |
| 07/19 | Card Purchase With Pin 07/16 Food Emporium #70750 Riverside CT Card 3223 | 48.11 |
| 07/19 | Card Purchase 07/17 Gv 365 Riverside CT Card 3223 | 37.93 |
| 07/19 | Card Purchase 07/17 Outdoor Traders 203-862-9696 CT Card 3223 | 99.00 |
| 07/19 | ATM Withdrawal 07/19 260 Sound Beach Ave Old Greenwic CT Card 3223 | 100.00 |
| 07/20 | Card Purchase 07/19 Gv 365 Riverside CT Card 3223 | 27.55 |
| 07/21 | Card Purchase 07/20 Advocate/Gnwich Times 2039642200 CT Card 3223 | 36.00 |
| 07/22 | Card Purchase 07/21 Gv 365 Riverside CT Card 3223 | 35.87 |
| 07/23 | Card Purchase 07/22 Gv 365 Riverside CT Card 3223 | 21.44 |
| 07/23 | ATM Withdrawal 07/23 260 Sound Beach Ave Old Greenwic CT Card 3223 | 140.00 |
| 07/26 | Card Purchase 07/23 Connecticut Natural 860-5248361 CT Card 3223 | 470.56 |
| 07/26 | Card Purchase 07/23 Gv 365 Riverside CT Card 3223 | 22.46 |
| 07/26 | Card Purchase 07/23 Cablevision #7808 203-847-6666 CT Card 3223 | 261.96 |
| 07/26 | Card Purchase With Pin 07/23 Exxonmobil POS Old Gree CT Card 3223 | 55.15 |
| 07/26 | ATM Withdrawal 07/24 19 W Putnam Ave Greenwich CT Card 3223 | 100.00 |
| 07/26 | Card Purchase With Pin 07/25 Staples, Inc. Riverside CT Card 3223 | 36.63 |
| 07/26 | Card Purchase 07/25 Gv 365 Riverside CT Card 3223 | 32.28 |
| 07/27 | Card Purchase 07/26 Nyt*Times E-Billing 800-698-4637 NJ Card 3223 | 88.00 |
| 07/27 | ATM Withdrawal 07/27 260 Sound Beach Ave Old Greenwic CT Card 3223 | 100.00 |
| 07/28 | Card Purchase 07/27 Gv 365 Riverside CT Card 3223 | 21.91 |
| 07/28 | Recurring Card Purchase 07/27 Srr*Sirius Radio 888-539-7474 NY Card 3223 | 48.00 |
| 07/29 | Card Purchase 07/27 Rose Nails Riverside CT Card 3223 | 25.00 |
| 07/29 | Card Purchase 07/28 Gv 365 Riverside CT Card 3223 | 38.42 |
| 07/30 | Card Purchase With Pin 07/29 Sports Authori Norwalk CT Card 3223 | 194.83 |
| 07/30 | Card Purchase With Pin 07/29 Cvs 01898 01898--255 Old Greenwi CT Card 3223 | 87.71 |
| 07/30 | Non-Chase ATM Withdraw 07/30 1324 Putnam Avenue Old Greenwich CT Card 3223 | 102.00 |
| 07/30 | ATM Withdrawal 07/30 19 W Putnam Ave Greenwich CT Card 3223 | 100.00 |

**Total ATM & Debit Card Withdrawals** $5,113.92

# CHASE ◯

July 01, 2010 through July 30, 2010

Account Number: 000000813694700

13

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | | | AMOUNT |
|------|-------------|---|---|---|--------|
| 07/12 | Vz Wireless Vn | E Check 2659219 | Tel ID: 0000751800 | | $300.00 |
| 07/13 | Cl&P - Dd Plan | UTIL Pymt | PPD ID: 3020181050 | | 235.04 |
| 07/27 | Aquarion Water | Utility | PPD ID: 3060272360 | | 104.81 |
| 07/29 | Chubb Commercial | Bill Pay 6211291481 | Tel ID: 7529026511 | | 195.32 |
| 07/29 | Billmatrix | Bill Pay 6211291482 | Tel ID: 7529000011 | | 1.95 |
| **Total Electronic Withdrawals** | | | | | **$837.12** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/06 | Non-Chase ATM Fee-With | $2.00 |
| 07/07 | 07/07 Withdrawal | 626.00 |
| 07/07 | Official Checks Charge | 8.00 |
| 07/12 | Non-Chase ATM Fee-With | 2.00 |
| | 07/14 Withdrawal | 500.00 |
| | 07/14 Withdrawal | 8.00 |
| | Withdrawal | 500.00 |
| | Domestic Wire Fee | 15.00 |
| | Wire Fee | 15.00 |
| | With | 2.00 |
| | | $1,678.00 |

### BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| | 79.90 | 07/19 | 6,566.99 |
| | 56.54 | 07/20 | 6,419.44 |
| | 92.37 | 07/21 | 4,633.44 |
| | 469.15 | 07/22 | 4,597.57 |
| | 199.68 | 07/23 | 4,436.13 |
| | 916.13 | 07/26 | 3,282.09 |
| | 047.71 | 07/27 | 2,989.28 |
| | 87.67 | 07/28 | 16,854.37 |
| | 87 | 07/29 | 16,593.68 |
| | | 07/30 | 20,592.14 |

### SUMMARY

| NUMBER OF TRANSACTIONS |
|------------------------|
| 85 |
| 3 |
| 2 |
| 90 |

Page 5 of 6

CHASE

July 01, 2010 through July 30, 2010
Account Number: 000000813694700

## SERVICE CHARGE SUMMARY *(continued)*

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |