B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re **Christopher 3 Coughlin**
_____Debtor_____

Case No. **10-50977**

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **August, 2010**                Date filed: **Sept/19/10**

Line of Business: _____        NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

**CHRISTOPHER M. Coughlin**
Original Signature of Responsible Party

Printed Name of Responsible Party

| | Questionnaire: (All questions to be answered on behalf of the debtor.) | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☒
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☒
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☒
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☒
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☒ ☐

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☒ ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME $ 2085

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month  20,592

Cash on Hand at End of Month  $ 9,104

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU — TOTAL $ _____

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES $ 13,370

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ 2085

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ 13,370

*(Subtract Line C from Line B)* CASH PROFIT FOR THE MONTH $ 11,285

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ 0

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ 0

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?   1

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?   1

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ 0

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ 0

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ 0

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ 0

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:         $ \_\_\_\_\_
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:       $ \_\_\_\_\_
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:    $ \_\_\_\_\_

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

July 31, 2010 through August 31, 2010

Account Number: 000000813694700

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Español: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00093540 DRE 802 143 24410 - NYNNN T 1 000000000 62 0000
CHRISTOPHER M COUGHLIN DIP
DEBTOR IN POSSESSION
CASE #10-50977
1 RANDOM RD
OLD GREENWICH CT 06870-2232

## CHECKING SUMMARY    Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $20,592.14 |
| Deposits and Additions | 1 | 10,000.00 |
| Checks Paid | 12 | -6,650.00 |
| ATM & Debit Card Withdrawals | 81 | -6,720.01 |
| Electronic Withdrawals | 8 | -2,214.59 |
| Fees and Other Withdrawals | 9 | -5,963.00 |
| Ending Balance | 111 | $9,044.54 |

Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/30 | Chips Credit Via: Bank of America N.A./0959 B/O: Stephen Pale Degol New York NY 10019-2507 Ref: Nbnf=Christopher M Coughlin Dip Debtor Old Greenwich, CT 068702232/Ac-000000008136 Org=/000004153227 New York NY 10019-2507 Ssn: 0324830 Trn: 6251700242Fc | $10,000.00 |
| **Total Deposits and Additions** | | **$10,000.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1029 ^ | | 08/02 | $500.00 |
| 1030 ^ | | 08/04 | 1,250.00 |
| 1031 ^ | | 08/04 | 175.00 |
| 1032 ^ | | 08/03 | 125.00 |
| 1033 ^ | | 08/10 | 325.00 |
| 1035 * ^ | | 08/11 | 1,250.00 |

Page 1 of 6



July 31, 2010 through August 31, 2010
Account Number: 000000813694700

# BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:     Step 1 Balance: $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total: $_____

3. Add Step 2 Total to Step 1 Balance.     Step 3 Total: $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|---------------------|--------|---------------------|--------|
|                     |        |                     |        |
|                     |        |                     |        |
|                     |        |                     |        |
|                     |        |                     |        |
|                     |        |                     |        |
|                     |        |                     |        |

Step 4 Total: -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance: $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) If you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC

# CHASE 

July 31, 2010 through August 31, 2010
Account Number: 000000813694700

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1036 ^ | | 08/12 | 175.00 |
| 1037 ^ | | 08/10 | 125.00 |
| 1038 ^ | | 08/18 | 100.00 |
| 1040 * ^ | | 08/18 | 1,250.00 |
| 1041 ^ | | 08/23 | 125.00 |
| 1043 * ^ | | 08/26 | 1,250.00 |
| Total Checks Paid | | | $6,650.00 |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/02 | Card Purchase | 07/30 Gv 365 Riverside CT Card 3223 | $24.98 |
| 08/02 | Card Purchase | 07/30 Mavis Greenwich 29 203-6377529 CT Card 3223 | 107.04 |
| 08/02 | Card Purchase | 07/31 Gv 365 Riverside CT Card 3223 | 30.94 |
| 08/02 | Card Purchase | 07/31 J And S Cleaners Cor Old Greenwi CT Card 3223 | 99.74 |
| 08/02 | Card Purchase | 07/31 Beach House Cafe Oldgreenwich CT Card 3223 | 195.24 |
| 08/02 | Card Purchase W/Cash   08/01 Old Greenwich Food M Old Greenwi CT Card 3223 Purchase $29.26 Cash Back $50.00 | | 79.26 |
| 08/02 | Card Purchase With Pin  08/01 Exxonmobil POS Old Gree CT Card 3223 | | 27.86 |
| 08/03 | Card Purchase | 08/02 AT&T *192113693030 800-2220300 NJ Card 3223 | 12.45 |
| 08/03 | Card Purchase | 08/01 Exxonmobil   794096 Old Greenwi CT Card 3223 | 81.82 |
| 08/03 | Card Purchase | 08/01 Jetblue   27921477 Salt Lake C UT Card 3223 | 637.40 |
| 08/03 | Card Purchase | 08/01 Pomodoro Pizzeria And Riverside CT Card 3223 | 38.60 |
| 08/03 | Card Purchase | 08/02 Gv 365 Riverside CT Card 3223 | 33.79 |
| 08/04 | Card Purchase | 08/03 Vzwrlss-Ivr Vn 800-9220204 CA Card 3223 | 184.18 |
| 08/04 | Card Purchase | 08/03 Aoc Fine Wines Old Greenwich CT Card 3223 | 60.40 |
| 08/05 | Card Purchase | 08/03 Generations Old Greenwich CT Card 3223 | 30.00 |
| 08/05 | Card Purchase | 08/04 Gv 365 Riverside CT Card 3223 | 23.41 |
| 08/06 | Card Purchase | 08/05 Gv 365 Riverside CT Card 3223 | 24.79 |
| 08/06 | Card Purchase | 08/05 Nyt*Times E-Billing 800-698-4637 NJ Card 3223 | 46.80 |
| 08/09 | Card Purchase | 08/06 Ezpass Prepaid Toll 800-333-8655 NY Card 3223 | 25.00 |
| 08/09 | Card Purchase | 08/06 Gv 365 Riverside CT Card 3223 | 19.29 |
| 08/09 | Card Purchase | 08/06 Milano's Gourmet Deli Danbury CT Card 3223 | 40.99 |
| 08/09 | Card Purchase | 08/06 Gv 365 Riverside CT Card 3223 | 38.53 |
| 08/09 | ATM Withdrawal | 08/07 260 Sound Beach Ave Old Greenwic CT Card 3223 | 140.00 |
| 08/09 | Card Purchase | 08/07 Darien Golf Center Darien CT Card 3223 | 160.20 |
| 08/09 | Card Purchase | 08/07 Sterling Farms Golf CO Stamford CT Card 3223 | 140.00 |
| 08/09 | Card Purchase With Pin  08/07 Old Greenwich Food M Old Greenwi CT Card 3223 | | 80.78 |
| 08/09 | Card Purchase | 08/08 Gv 365 Riverside CT Card 3223 | 36.67 |
| 08/09 | Card Purchase With Pin  08/08 Sports Authori Norwalk CT Card 3223 | | 32.61 |
| 08/09 | Card Purchase W/Cash   08/08 Whole Foods Mark 150 Le Darien CT Card 3223 Purchase $32.66 Cash Back $60.00 | | 92.66 |

# CHASE ◯

July 31, 2010 through August 31, 2010
Account Number: 000000813694700

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---:|
| 08/10 | Card Purchase | 08/09 James Wong Laundry Old Greenwich CT Card 3223 | 79.70 |
| 08/10 | Card Purchase | 08/09 Gv 365 Riverside CT Card 3223 | 31.02 |
| 08/11 | Card Purchase | 08/06 Arcuri's Pizza & Salad Cos Cob CT Card 3223 | 14.12 |
| 08/11 | ATM Withdrawal | 08/11 260 Sound Beach Ave Old Greenwic CT Card 3223 | 160.00 |
| 08/12 | Card Purchase | 08/11 Gv 365 Riverside CT Card 3223 | 18.64 |
| 08/12 | Card Purchase | 08/11 Encon Heating & Air C 2033755228 CT Card 3223 | 200.00 |
| 08/12 | Card Purchase | 08/11 Gv 365 Riverside CT Card 3223 | 20.08 |
| 08/13 | Card Purchase | 08/11 Pomodoro Pizzeria And Riverside CT Card 3223 | 46.91 |
| 08/13 | Card Purchase | 08/12 Gv 365 Riverside CT Card 3223 | 20.86 |
| 08/16 | Card Purchase | 08/13 Gv 365 Riverside CT Card 3223 | 23.60 |
| 08/16 | Card Purchase With Pin | 08/14 Cvs 01898 01898--255 Old Greenwi CT Card 3223 | 66.66 |
| 08/16 | Card Purchase | 08/14 James Wong Laundry Old Greenwich CT Card 3223 | 163.55 |
| 08/16 | Card Purchase | 08/15 Gv 365 Riverside CT Card 3223 | 30.59 |
| 08/16 | Card Purchase With Pin | 08/15 Exxonmobil POS Old Gree CT Card 3223 | 49.96 |
| 08/16 | Card Purchase With Pin | 08/15 Cvs 01898 01898--255 Old Greenwi CT Card 3223 | 9.10 |
| 08/17 | Card Purchase | 08/16 Gv 365 Riverside CT Card 3223 | 21.03 |
| 08/17 | Non-Chase ATM Withdraw | 08/17 100 Mill Plain Rd Danbury CT Card 3223 | 63.00 |
| 08/18 | Card Purchase | 08/16 J And S Cleaners Cor Old Greenwi CT Card 3223 | 119.73 |
| 08/19 | Card Purchase | 08/17 New York Post Circul 800-5527678 NY Card 3223 | 63.72 |
| 08/19 | Card Purchase | 08/17 Gv 365 Riverside CT Card 3223 | 21.99 |
| 08/19 | Card Purchase With Pin | 08/18 Old Greenwich Food M Old Greenwi CT Card 3223 | 96.07 |
| 08/20 | ATM Withdrawal | 08/19 1150 E Putnam Ave Riverside CT Card 3223 | 140.00 |
| 08/20 | Card Purchase | 08/18 0460 Extra Space Sto 203-357-820 CT Card 3223 | 234.53 |
| 08/20 | Card Purchase | 08/19 Gv 365 Riverside CT Card 3223 | 22.53 |
| 08/20 | ATM Withdrawal | 08/20 260 Sound Beach Ave Old Greenwic CT Card 3223 | 100.00 |
| 08/23 | Card Purchase | 08/20 Gv 365 Riverside CT Card 3223 | 18.39 |
| 08/23 | Card Purchase | 08/20 US Search 888-9994384 CA Card 3223 | 1.90 |
| 08/23 | Card Purchase | 08/22 US Search 888-9994384 CA Card 3223 | 19.95 |
| 08/23 | Card Purchase | 08/20 Aux Delices 1075 Putnam CT Card 3223 | 57.43 |
| 08/23 | Card Purchase | 08/20 Gv 365 Riverside CT Card 3223 | 35.00 |
| 08/23 | Card Purchase | 08/21 Gv 365 Riverside CT Card 3223 | 20.26 |
| 08/23 | Card Purchase | 08/21 Aoc Fine Wines Old Greenwich CT Card 3223 | 26.49 |
| 08/23 | Card Purchase W/Cash   08/22 Cvs 01898 01898--255 Old Greenwi CT Card 3223 Purchase $8.78 Cash Back $20.00 | | 28.78 |
| 08/23 | Card Purchase | 08/23 Connecticut Natural 860-5248361 CT Card 3223 | 221.49 |
| 08/23 | Card Purchase | 08/24 Stubhub, Inc 866-788-2482 CA Card 3223 | 752.95 |
| 08/23 | Card Purchase W/Cash   08/23 Cvs 02210 02210--Ea Pu Greenwich CT Card 3223 Purchase $13.55 Cash Back $20.00 | | 33.55 |
| 08/ | Card Purchase With Pin | 08/23 Cvs 02210 02210--Ea Pu Greenwich CT Card 3223 | 16.30 |
| 08/ | Non-Chase ATM Withdraw | 08/24 100 Mill Plain Rd Danbury CT Card 3223 | 163.00 |
| 08/ | ATM Withdrawal | 08/24 19 W Putnam Ave Greenwich CT Card 3223 | 200.00 |
| 08/ | Card Purchase | 08/24 Gv 365 Riverside CT Card 3223 | 28.74 |
| 08/ | Card Purchase | 08/24 Lacrosse Unlimited Riverside CT Card 3223 | 56.98 |
| 08/ | Card Purchase | 08/24 The Western Boot & C 914-375-540 NY Card 3223 | 53.00 |
| 08/ | Card Purchase With Pin | 08/24 Rugby Ralph Lauren #41 Greenwich CT Card 3223 | 52.00 |
| 08/ | Card Purchase With Pin | 08/25 Old Greenwich Food M Old Greenwi CT Card 3223 | 55.46 |
| 08/ | Card Purchase | 08/25 Generations Old Greenwich CT Card 3223 | 25.00 |
| 08/ | Card Purchase | 08/26 85 Mill Plain Rd, Llc Danbury CT Card 3223 | 44.29 |

# CHASE ◯



July 31, 2010 through August 31, 2010

Account Number: 000000813694700

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/27 | Card Purchase With Pin  08/27 Gamestop #4704 2391 Su Stamford CT Card 3223 | 47.69 |
| 08/30 | Card Purchase  08/26 Exxonmobil  12854105 Danbury CT Card 3223 | 87.60 |
| 08/30 | Card Purchase  08/27 Gv 365 Riverside CT Card 3223 | 20.50 |
| 08/30 | Card Purchase  08/27 James Wong Laundry Old Greenwich CT Card 3223 | 133.50 |
| 08/30 | Card Purchase W/Cash  08/28 Whole Foods Mark 90 E. Greenwich CT Card 3223  Purchase $45.63 Cash Back $40.00 | 85.63 |
| 08/31 | Card Purchase  08/30 Gv 365 Riverside CT Card 3223 | 31.11 |
| | **Total ATM & Debit Card Withdrawals** | **$6,720.01** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | RBS Citizens NA  Payment  0115001214400878 Tel ID: 2581493818 | $243.24 |
| 08/05 | Ford Credit  Auto Pymt  PPD ID: 5381612444 | 505.26 |
| 08/05 | Chubb Personal C Bill Pay  6233569071  Tel ID: 7529026511 | 195.32 |
| 08/05 | Billmatrix  Bill Pay  6233569072  Tel ID: 7529000011 | 1.95 |
| 08/09 | Cl&P - Dd Plan  UTIL Pymt  PPD ID: 3020181050 | 432.05 |
| 08/12 | Cablevision7808  Tele Pmt  PPD ID: 9182656001 | 261.73 |
| 08/19 | Att  Payment  377964001Csr1H Tel ID: 9864031003 | 450.92 |
| 08/19 | Aquarion Water  Utility  PPD ID: 3060272360 | 124.12 |
| | **Total Electronic Withdrawals** | **$2,214.59** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/17 | Non-Chase ATM Fee-With | $2.00 |
| 08/18 | 08/18 Withdrawal | 5,800.00 |
| 08/18 | Official Checks Charge | 8.00 |
| 08/24 | Non-Chase ATM Fee-With | 2.00 |
| 08/26 | Insufficient Funds Fee For Check #1043 IN The Amount of $1,250.00 | 34.00 |
| 08/27 | Insufficient Funds Fee For A $25.00 Card Purchase - Details:  0825Generations Old Greenwich CT  04563310006943223 | 34.00 |
| 08/27 | Insufficient Funds Fee For A $44.29 Card Purchase - Details:  082685 Mill Plain Rd, Llc Danbury CT  04563310006943223 | 34.00 |
| 08/27 | Insufficient Funds Fee For A $47.69 Card Purchase With Pin - Details: 1639970827Gamestop #4704 2391 Su Stamford CT  04563310006943223 | 34.00 |
| 08/30 | Incoming Domestic Wire Fee | 15.00 |
| | **Total Fees & Other Withdrawals** | **$5,963.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 08/02 | $19,527.08 | 08/09 | 14,598.89 |
| 08/03 | 18,354.78 | 08/10 | 14,038.17 |
| 08/04 | 16,685.20 | 08/11 | 12,614.05 |
| 08/05 | 15,929.26 | 08/12 | 11,938.40 |
| 08/06 | 15,857.67 | 08/13 | 11,870.63 |

**CHASE**

July 31, 2010 through August 31, 2010

Account Number: 000000813694700

## DAILY ENDING BALANCE (continued)

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 08/16 | 11,527.17 | 08/24 | 1,167.04 |
| 08/17 | 11,441.14 | 08/25 | 920.86 |
| 08/18 | 4,077.70 | 08/26 | -363.14 |
| 08/19 | 3,266.59 | 08/27 | -582.12 |
| 08/20 | 2,909.53 | 08/30 | 9,075.65 |
| 08/23 | 2,576.33 | 08/31 | 9,044.54 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 102 |
| Deposits / Credits | 1 |
| Deposited Items | 0 |
| **Transaction Total** | **103** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $14.00 |
| Service Fee Credit | -$14.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |

# CHASE ◯

July 31, 2010 through August 31, 2010

Account Number: 000000813694700



## ACCEPT ALL MAJOR CREDIT AND DEBIT CARDS
## WITH A FREE TERMINAL FROM CHASE

Offering your customers more payment options can increase your sales.

*With Chase Paymentech, you can:*
- **Accept your customers' major credit and debit cards:** Your customers can pay you using a wide variety of payment options, including Visa®, MasterCard®, Discover® and American Express®.
- **Protect your business and your customers:** Our unique security measures go above and beyond what is required by Visa and MasterCard. We employ several layers of security to help prevent unauthorized access and ensure data confidentiality.
- **Enjoy unparalleled reliability and 24/7 customer service:** We maintain dual processing centers to ensure timely processing of your transactions. Plus, our knowledgeable staff is available 24 hours a day, seven days a week, to get you the answers you need, fast.

*Don't wait! - Offer ends October 31, 2010.  Call 1-866-777-1009 today!*

Offer valid 09/01/10 through 10/31/10.

Contingent upon the execution of a Merchant Application and Agreement with Paymentech, LLC ("Chase Paymentech"). Free terminal (Hypercom® T 4210) operates exclusively with Chase Paymentech's processing services. All offers are available to only Chase Business checking customers not currently processing with Chase Paymentech and are subject to credit approval. Offers are made by Chase Paymentech, a subsidiary of JPMorgan Chase Bank, N.A.

© 2010 JPMorgan Chase Bank, N.A. Member FDIC

