B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re **CHRISTOPHER B Coughlin**
_Debtor_

Case No. **10-50977**

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **SEPTEMBER**    Date filed: **Oct 20, 10**

Line of Business: **Financial Services**    NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_[signature]_
Original Signature of Responsible Party

**Christopher B Coughlin**
Printed Name of Responsible Party

**Questionnaire:** _(All questions to be answered on behalf of the debtor.)_

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ✓ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ✓ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ✓ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ✓ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ✓ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ✓ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ✓ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ✓ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ✓ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ✓ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ✓ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ✓ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ✓ |

Page 2

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☒
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☒
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☒
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☒
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☒

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

(Exhibit A)

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. (THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)

TOTAL INCOME  $ 6,000

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month   $ ~~2045~~
Cash on Hand at End of Month   $ ~~9250~~

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU  TOTAL $ 1,000.00

(Exhibit B)

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. (THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)

TOTAL EXPENSES  $ 13,000 (see bank statement)

(Exhibit C)

## CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)  $ 6,000.00
EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)  $ 13,000.

(Subtract Line C from Line B)   CASH PROFIT FOR THE MONTH  $ (7,000.00)

B 25C (Official Form 25C) (12/08)

Page 3

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ 0

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ 2800.00
(Oppenheimer)

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?   3
NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?   3

myself + 2 lawyers
Mr. Klatter and Mr. C. Silva

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $ —

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $ —

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $ —

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $ —

B 25C (Official Form 25C) (12/08)

Page 4

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:     $ \_\_\_\_\_

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:   $ \_\_\_\_\_

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ \_\_\_\_\_

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

# CHASE
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

September 01, 2010 through September 30, 2010

Account Number: 000000813694790



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7883 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00001609 DRE 802 141 27419 - NNNNN T 1 000000000 32 0000
CHRISTOPHER M COUGHLIN DIP
DEBTOR IN POSSESSION
CASE #10-50977
1 RANDOM RD
OLD GREENWICH CT 06870-2232

### Take Charge of Your Checking Account to Help Avoid Fees

1. Sign up for overdraft protection from your Savings Account or Chase Credit Card*.
2. Sign up for low balance alerts at Chase.com/freealerts.
3. Enroll in Chase Mobile℠ to get your balance by text message at Chase.com/Mobile.
4. Check your balances and transactions 24/7 at Chase.com

Want to learn more about managing your checking account?
Visit your local branch and speak to a personal banker today
or visit www.Chase.com/ManageMyAccount

*Overdraft Protection may be subject to credit approval. Fees may apply.

## CHECKING SUMMARY    Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $9,044.54 |
| Deposits and Additions | 2 | 11,200.00 |
| Checks Paid | 16 | - 8,745.00 |
| ATM & Debit Card Withdrawals | 69 | - 5,369.50 |
| Electronic Withdrawals | 3 | - 1,344.50 |
| Fees and Other Withdrawals | 11 | - 3,861.00 |
| Ending Balance | 103 | $924.54 |

Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/10 | Deposit | 630749308 | $6,000.00 |
| 09/10 | Deposit | 768605995 | 5,200.00 |
| **Total Deposits and Additions** | | | **$11,200.00** |

# CHASE 🟡

September 01, 2010 through September 30, 2010
Account Number: 000100813694700

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:     Step 1 Balance:  $_____

2. List and total all deposits & additions not shown on this statement:

   | Date | Amount | Date | Amount | Date | Amount |
   |------|--------|------|--------|------|--------|
   |      |        |      |        |      |        |
   |      |        |      |        |      |        |

   Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.     Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

   | Check Number or Date | Amount | Check Number or Date | Amount |
   |----------------------|--------|----------------------|--------|
   |                      |        |                      |        |
   |                      |        |                      |        |
   |                      |        |                      |        |
   |                      |        |                      |        |
   |                      |        |                      |        |

   Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

   JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 8

# CHASE

September 01, 2010 through September 30, 2010
Account Number: 000000313694700



3

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1042 ^ |  | 09/07 | $175.00 |
| 1044 * ^ |  | 09/07 | 125.00 |
| 1045 ^ |  | 09/01 | 1,250.00 |
| 1046 ^ |  | 09/07 | 175.00 |
| 1047 ^ |  | 09/02 | 125.00 |
| 1048 ^ |  | 09/13 | 1,470.00 |
| 1049 ^ |  | 09/08 | 175.00 |
| 1050 ^ |  | 09/07 | 100.00 |
| 1051 ^ |  | 09/15 | 1,250.00 |
| 1052 ^ |  | 09/15 | 175.00 |
| 1053 ^ |  | 09/13 | 125.00 |
| 1054 ^ |  | 09/17 | 500.00 |
| 1055 ^ |  | 09/22 | 1,250.00 |
| 1056 ^ |  | 09/22 | 175.00 |
| 1057 ^ |  | 09/21 | 125.00 |
| 1058 ^ |  | 09/29 | 1,250.00 |
| 1059 ^ |  | 09/30 | 175.00 |
| 1060 ^ |  | 09/28 | 125.00 |
| **Total Checks Paid** |  |  | **$8,745.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION |  | AMOUNT |
|---|---|---|---|
| 09/01 | Non-Chase ATM Withdraw | 09/01 1155 E Putnam Rd Riverside CT Card 3223 | $143.00 |
| 09/02 | Card Purchase | 08/31 New York Post Circul 800-5527678 NY Card 3223 | 63.72 |
| 09/02 | Card Purchase | 09/01 Gv 365 Riverside CT Card 3223 | 24.06 |
| 09/02 | Card Purchase With Pin | 09/02 Cvs 01898 01898-- Old Greenwich CT Card 3223 | 106.19 |
| 09/03 | Card Purchase | 09/03 Lel'Lands End Clothi 800-332-470 WI Card 3223  *Uniform For: Brenner* | 244.45 |
| 09/03 | Card Purchase | 09/02 Gv 365 Riverside CT Card 3223 | 19.42 |
| 09/07 | Card Purchase | 09/03 85 Mill Plain Rd, Llc Danbury CT Card 3223 | 30.83 |
| 09/07 | Card Purchase | 09/03 Marco Polo Pizza 203-3449337 CT Card 3223 | 28.51 |
| 09/07 | Card Purchase | 09/05 Ezpass Prepaid Toll 800-333-8655 NY Card 3223 | 25.00 |
| 09/07 | Card Purchase | 09/04 Gv 365 Riverside CT Card 3223 | 15.79 |
| 09/07 | Card Purchase | 09/04 James Wong Laundry Old Greenwich CT Card 3223 | 70.30 |
| 09/07 | Card Purchase | 09/06 Gv 365 Riverside CT Card 3223 | 25.60 |
| 09/08 | Card Purchase | 09/04 Yankee Stadium IN Seat Bronx NY Card 3223 | 69.37 |
| 09/08 | Card Purchase | 09/06 Pet Pantry Warehouse Greenwich CT Card 3223 | 59.35 |
| 09/08 | Card Purchase | 09/07 Chillybear Old Greenwich CT Card 3223  *Birthday Gift Bren* | 291.50 |
| 09/08 | Card Purchase With Pin | 09/08 Old Greenwich Food M Old Greenwi CT Card 3223 | 77.17 |
| 09/08 | ATM Withdrawal | 09/08 260 Sound Beach Ave Old Greenwic CT Card 3223 | 100.00 |
| 09/09 | Card Purchase | 09/08 Gv 365 Riverside CT Card 3223 | 27.99 |



September 01, 2010 through September 30, 2010
Account Number: 000000813694700

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/10 | Card Purchase | 09/09 Greenwich Water Polo 203-698-056 CT Card 3223 | 185.00 |
| 09/13 | Card Purchase | 09/10 Gv 365 Riverside CT Card 3223 | 36.18 |
| 09/13 | Card Purchase | 09/10 The UPS Store #3660 Danbury CT Card 3223 | 30.00 |
| 09/13 | Card Purchase | 09/10 The Tennis Professio Port Cheste NY Card 3223 | 179.77 |
| 09/13 | Card Purchase | 09/10 Aoc Fine Wines Old Greenwich CT Card 3223 | 66.24 |
| 09/13 | Card Purchase With Pin | 09/11 Exxonmobil POS Old Gree CT Card 3223 | 43.98 |
| 09/13 | Card Purchase | 09/11 James Wong Laundry Old Greenwich CT Card 3223 | 70.35 |
| 09/13 | Card Purchase With Pin | 09/11 1237 E Putnam A 1237 E Riverside CT Card 3223 | 41.98 |
| 09/13 | ATM Withdrawal | 09/11 260 Sound Beach Ave Old Greenwic CT Card 3223 | 140.00 |
| 09/13 | Card Purchase With Pin | 09/11 Cvs 01898 01898-- Old Greenwich CT Card 3223 | 86.80 |
| 09/13 | Card Purchase | 09/12 Gv 365 Riverside CT Card 3223 | 41.03 |
| 09/13 | Card Purchase With Pin | 09/12 Petsmart Inc 1867 Stamford CT Card 3223 | 47.66 |
| 09/13 | Non-Chase ATM Withdraw | 09/13 1891 High Ridge Rd Stamford CT Card 3223 | 161.50 |
| 09/14 | Card Purchase | 09/13 Vzwrlss-Ivr Vn 800-9220204 CA Card 3223 | 237.26 |
| 09/14 | Card Purchase | 09/13 Gv 365 Riverside CT Card 3223 | 0.27 |
| 09/14 | Card Purchase | 09/13 Gv 365 Riverside CT Card 3223 | 32.58 |
| 09/14 | Card Purchase | 09/13 Beach House Cafe Oldgreenwich CT Card 3223 | 42.68 |
| 09/15 | Card Purchase | 09/14 Gv 365 Riverside CT Card 3223 | 25.00 |
| 09/16 | Card Purchase | 09/15 Fedex 872646192105 800-4633339 TN Card 3223 | 23.01 |
| 09/16 | Card Purchase | 09/15 Amazon Mktplace Pmts Amzn.Com/Bi WA Card 3223 | 74.00 |
| 09/17 | Card Purchase | 09/15 Mcafee.Com 866-622-3911 CA Card 3223 | 15.14 |
| 09/17 | Card Purchase | 09/15 85 Mill Plain Rd, Llc Danbury CT Card 3223 | 8.80 |
| 09/20 | Card Purchase | 09/16 85 Mill Plain Rd, Llc Danbury CT Card 3223 | 20.59 |
| 09/20 | Card Purchase | 09/16 Bennett Jewelers Old Greenwich CT Card 3223 | 130.38 |
| 09/20 | Card Purchase | 09/18 James Wong Laundry Old Greenwich CT Card 3223 | 129.10 |
| 09/20 | Card Purchase | 09/18 Gv 365 Riverside CT Card 3223 | 56.95 |
| 09/20 | Card Purchase | 09/18 0460 Extra Space Storag Stamford CT Card 3223 | 229.58 |
| 09/20 | Card Purchase | 09/18 Exxonmobil 794096 Old Greenwi CT Card 3223 | 79.49 |
| 09/20 | ATM Withdrawal | 09/18 260 Sound Beach Ave Old Greenwic CT Card 3223 | 60.00 |
| 09/20 | Card Purchase | 09/18 Party Paper & Things Cos Cob CT Card 3223 | 25.43 |
| 09/20 | Card Purchase | 09/19 Amazon Services-Kind 866-321-385 WA Card 3223 | 7.99 |
| 09/21 | Card Purchase | 09/20 Gv 365 Riverside CT Card 3223 | 37.98 |
| 09/21 | Card Purchase | 09/20 US Search 866-9994384 CA Card 3223 | 19.95 |
| 09/22 | Card Purchase | 09/21 Gv 365 Riverside CT Card 3223 | 20.03 |
| 09/22 | Card Purchase | 09/21 Gv 365 Riverside CT Card 3223 | 17.62 |
| 09/22 | Card Purchase With Pin | 09/22 Exxonmobil POS Old Gree CT Card 3223 | 47.07 |
| 09/24 | Card Purchase | 09/23 Gv 365 Riverside CT Card 3223 | 20.11 |
| 09/24 | Non-Chase ATM Withdraw | 09/24 104 Mill Plain Roa Danbury CT Card 3223 | 101.75 |
| 09/27 | Card Purchase | 09/24 B&S Carting/City Car 203-324-064 CT Card 3223 | 164.00 |
| 09/27 | Card Purchase | 09/24 Gv 365 Riverside CT Card 3223 | 20.57 |
| 09/27 | Card Purchase With Pin | 09/24 Exxonmobil POS Old Gree CT Card 3223 | 36.24 |
| 09/27 | Card Purchase | 09/25 James Wong Laundry Old Greenwich CT Card 3223 | 66.80 |
| 09/27 | Card Purchase | 09/25 Gv 365 Riverside CT Card 3223 | 32.82 |
| 09/28 | Card Purchase | 09/27 Animal Hospital of Gree Stamford CT Card 3223  *for the dog?* | 458.14 |
| 09/29 | Card Purchase | 09/28 Gv 365 Riverside CT Card 3223 | 23.33 |
| 09/29 | Card Purchase | 09/28 Advocate/Grnwich Times 2039642200 CT Card 3223 | 62.40 |
| 09/29 | Card Purchase | 09/28 Gv 365 Riverside CT Card 3223 | 23.75 |

# CHASE

September 01, 2010 through September 30, 2010
Account Number: 0000010813694700



## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/29 | Non-Chase ATM Withdraw 09/29 100 Mill Plain Rd Danbury CT Card 3223 | 203.00 |
| 09/29 | Card Purchase With Pin 09/29 Toys R US Danbury CT Card 3223 | 52.99 |
| 09/30 | Card Purchase 09/29 Fedex Office #0276 Greenwich CT Card 3223 | 5.94 |
| 09/30 | Non-Chase ATM Withdraw 09/30 1324 Putnam Avenue Old Greenwich CT Card 3223 | 202.00 |
| | **Total ATM & Debit Card Withdrawals** | **$5,369.50** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/13 | Cl&P - Dd Plan UTIL Pymt | PPD ID: 3020181050 | $574.81 |
| 09/17 | Ford Credit Auto Pymt | PPD ID: 5381612444 | 505.26 |
| 09/29 | Cablevision7808 Tele Pmt | PPD ID: 9182656001 | 264.43 |
| | **Total Electronic Withdrawals** | | **$1,344.50** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01 | Non-Chase ATM Fee-With | $2.00 |
| 09/03 | 09/03 Withdrawal | 500.00 |
| 09/03 | Statement Copy Fee | 6.00 |
| 09/03 | Non-Chase ATM Fee-Inq | 2.00 |
| 09/13 | Non-Chase ATM Fee-With | 2.00 |
| 09/16 | 09/16 Withdrawal | 2,805.00 |
| 09/16 | Official Checks Charge | 8.00 |
| 09/23 | 09/23 Withdrawal | 530.00 |
| 09/24 | Non-Chase ATM Fee-With | 2.00 |
| 09/29 | Non-Chase ATM Fee-With | 2.00 |
| 09/30 | Non-Chase ATM Fee-With | 2.00 |
| | **Total Fees & Other Withdrawals** | **$3,861.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 09/01 | $7,649.54 | 09/17 | 7,182.97 |
| 09/02 | 7,330.57 | 09/20 | 6,443.46 |
| 09/03 | 6,558.70 | 09/21 | 6,260.53 |
| 09/07 | 5,787.67 | 09/22 | 4,750.81 |
| 09/08 | 5,015.28 | 09/23 | 4,220.81 |
| 09/09 | 4,987.29 | 09/24 | 4,096.95 |
| 09/10 | 16,002.29 | 09/27 | 3,774.52 |
| 09/13 | 12,884.97 | 09/28 | 3,191.38 |
| 09/14 | 12,572.18 | 09/29 | 1,309.46 |
| 09/15 | 11,122.18 | 09/30 | 924.54 |
| 09/16 | 8,212.17 | | |

**CHASE**

September 01, 2010 through September 30, 2010

Account Number: 000000813694700

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 93 |
| Deposits / Credits | 2 |
| Deposited Items | 1 |
| Transaction Total | 96 |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $14.00 |
| Service Fee Credit | -$14.00 |
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 200) | $0.00 |
| Total Service Fees | $0.00 |

**CHASE O**

September 01, 2010 through September 30, 2010

Account Number: 000000313694700



## Introducing
## Chase Loan for Hire!

**Get up to 2% Off Our Lowest Rates in Years with the
First Loan that Rewards you for Growing Your Business**

**Part of our $10 Billion Business Lending Promise**

- .50% off for each new employee hired in 2010, up to 3
- Plus, get .50% off if you have a Chase business checking account

**Visit your local Chase branch or go to chase.com/LoanForHire today.**

Some restrictions, eligibility requirements, and fees may apply. All lines of credit are subject to credit approval by JPMorgan Chase Bank, N.A. Credit approval will depend on the credit profiles of the business and any guarantors, the line amount and the availability of property as collateral in which Chase can obtain first lien position. Businesses with annual sales revenues of $10 million or less are eligible. Offer applies to new lines of credit between $10,000 and $250,000 and to existing lines which are increased by $10,000 or more. Chase reserves the right to cancel this offer anytime without notice; however, this offer will still apply to lines that are already booked and applications for lines that are being processed prior to cancellation. Lines will be evidenced by Chase documentation for the Chase Business Line of Credit. Offer not valid in combination with any other lending offer. Lines must be opened by December 31, 2010 to be eligible for this offer. Chase may ask for additional information as borrower's request for credit is processed.

**Interest rate reduction for hiring new employees:** On or before December 31, 2010, borrower must provide certification satisfactory to Chase that borrower has (i) during the period beginning on June 29, 2010 and ending on December 31, 2010, increased the net number of persons employed by borrower and (ii) with respect to each such person, retained a completed Form I-9. Any interest rate reduction will become effective 15 to 30 days following Chase's receipt of borrower's certification. Chase will reduce the rate at which interest would otherwise accrue to the unpaid principal balance of the promissory note by 0.50% of each such net increase of person employed by borrower, up to three persons and a maximum interest rate reduction of 1.50%.

**Interest rate reduction for having Business checking:** If the Chase business checking account is ever closed, the additional 0.50% rate reduction will no longer apply.

Federal law requires all financial institutions to obtain, verify, and record information that identifies each person or business that opens an account.

© 2010 JPMorgan Chase Bank, N.A. Member FDIC. Equal Opportunity Lender.

### Chase Picks up the Tab[SM] is back.
### Your next purchase could be on us.

Enroll your Chase debit and credit cards today and start using them for your everyday purchases. There's a winner every five minutes so your next card purchase could be on us! Here's how to get started:

- Enroll your qualifying Chase Debit and Credit cards today for FREE at any Chase branch.
- Use your enrolled cards to pay for almost anything and everything from gas and groceries, to office supplies and gifts — you name it!
- Your next purchase just might be on us! When using a debit card, make sure every purchase counts by choosing "CREDIT" instead of "DEBIT" and don't enter your PIN.

Page 7 of 8

**CHASE**

September 01, 2010 through September 30, 2010
Account Number: 000000813694700

8

ENROLL YOUR CHASE DEBIT AND CREDIT CARDS FOR FREE AT ANY CHASE BRANCH.

Debit cards are provided by JPMorgan Chase Bank, N.A. Member FDIC
Credit cards are issued by Chase Bank USA, N.A.
© 2010 JPMorgan Chase & Co.

## "CHASE PICKS UP THE TAB SM" SWEEPSTAKES

NO PURCHASE NECESSARY TO ENTER OR WIN. A PURCHASE OR BANK TRANSACTION WILL NOT INCREASE YOUR CHANCES OF WINNING. SWEEPSTAKES SUBJECT TO ALL FEDERAL, STATE AND LOCAL LAWS AND REGULATIONS. OPEN TO INDIVIDUAL LEGAL U.S. RESIDENTS CURRENTLY RESIDING in AZ, CO, CA, CT, FL, GA, ID, IL, IN, KY, LA, MI, NJ, NY, NV, OH, TX, OR, TX, UT, WA, WI and WV (the "Eligible States") WHO ARE 18 YEARS OF AGE OR OLDER and BUSINESSES WITH A MAILING ADDRESS LOCATED WITHIN THE ELIGIBLE STATES. VOID WHERE PROHIBITED. Enrollment starts 12:00:01 a.m. ET on 10/1/10 and ends 11:59:59 p.m. ET on 12/31/10. Drawings begin 12:00:01 a.m. ET on 10/6/10 and end 11:59:59 p.m. ET on 12/31/10. For information on how to enroll, obtain entries, entry limitations, how potential winners are determined and no purchase method of entry, as well as the rest of the Official Rules, please log on to www.chase.com/TheTab. Maximum amount of each prize is: $200. Maximum ARV for all prizes combined is: $3,456,000. Odds of winning any one prize depend on the number of eligible entries for any single five-minute period. SPONSOR: JPMorgan Chase Bank, N.A., 1111 Polaris Parkway, Columbus, OH, 43240.

Debit cards linked to Chase High School Checking, Chase credit cards issued on behalf of other financial institutions, and Chase private label credit cards are not eligible. Only credit card and non-PIN debit card purchases qualify. Chase credit card participants must have a Chase checking account. Other restrictions apply.

**Earnings Statement**

ADP

001-110133/001225 0000099900-1
288-0001

OPPENHEIMER & CO. INC.
3310 W. BIG BEAVER RD
SUITE 205
TROY, MI 48084

Period Beginning: 30/16/2010
Period Ending: 09/15/2010
Pay Date: 09/15/2010

9

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 6, Tax Blocked, 13% Additional Tax
  CT:

CHRISTOPHER COUGHLIN
1 RANDOM ROAD
OLD GREENWICH CT 06870

Social Security Number: xxx-xx-6484

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Commission | | | 2,058.00 | 18,522.00 |
| Gross Pay | | | $2,058.00 | 18,522.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 46.20 | 415.80 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -213.59 | 1,922.31 |
| | Social Security Tax | -104.73 | 942.67 |
| | Medicare Tax | -24.49 | 220.44 |
| | CT State Income Tax | -82.15 | 739.35 |
| | Other | | |
| | Dep Life 15Th | -1.10 | 9.90 |
| | Ltd 15 | -13.14 | 210.09 |
| | Medical Premium | -415.00* | 3,735.00 |
| | Spouse Life | -4.35 | 39.15 |
| | Sup Life | -324.36 | 2,919.24 |
| Net Pay | | $875.09 | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,643.00

+2,800 in Escrow at oppenhm