B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re  __CHRISTOPHER M. Coughlin__       Case No. __10-50977__
       *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: __Oct, 2010__                    Date filed: __Nov 20, 10__

Line of Business: __Financial Services__   NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

__/s/ Christopher Coughlin__
Original Signature of Responsible Party

__Christopher M Coughlin__
Printed Name of Responsible Party

| Questionnaire: (All questions to be answered on behalf of the debtor.) | Yes | No |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☒ | ☐ |
| 11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☒
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☒
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☒
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☒
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☒

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

(Exhibit A)

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. (THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)

TOTAL INCOME $ _12,1693_

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month ~~$ 9250.59~~

Cash on Hand at End of Month $ _15,702.6_

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU — TOTAL $ _15,702.6_

(Exhibit B)

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. (THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)

TOTAL EXPENSES $ _11,225_

(Exhibit C)

## CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B) $ _15,702.6_
EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C) $ _11,225.90_

(Subtract Line C from Line B) CASH PROFIT FOR THE MONTH _4,477.68_

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

October 01, 2010 through October 29, 2010
Account Number: 000000813694700

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00092996 DRE 802 143 30310 - YNNNN T 1 000000000 62 0000
CHRISTOPHER M COUGHLIN DIP
DEBTOR IN POSSESSION
CASE #10-50977
1 RANDOM RD
OLD GREENWICH CT 06870-2232

## CHECKING SUMMARY   Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $924.54 |
| Deposits and Additions | 3 | 42,000.00 |
| Checks Paid | 14 | -7,100.00 |
| ATM & Debit Card Withdrawals | 76 | -7,089.63 |
| Electronic Withdrawals | 7 | -2,221.23 |
| Fees and Other Withdrawals | 9 | -10,811.00 |
| Ending Balance | 109 | $15,702.68 |

Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/05 | Chips Credit Via: Bank of America N.A./0959 B/O: Stephen Pare Degot New York NY 10019-2507 Ref: Nbnf=Christopher M Coughlin Dip Debtor Old Greenwich, CT 068702232/Ac-000000008136 Org=/000004153227 New York NY 10019-2507 Ssn: 0313482 Trn: 6070000278Fc | $11,000.00 |
| 10/15 | Chips Credit Via: Bank of America N.A./0959 B/O: Stephen Pare Degot New York NY 10019-2507 Ref: Nbnf=Christopher M Coughlin Dip Debtor Old Greenwich, CT 068702232/Ac-000000008136 Org=/000004153227 New York NY 10019-2507 Ssn: 0397016 Trn: 7560400268Fc | 11,000.00 |
| 10/27 | Chips Credit Via: Bank of America N.A./0959 B/O: Stephen Pare Degot New York NY 10019-2507 Ref: Nbnf=Christopher M Coughlin Dip Debtor Old Greenwich, CT 068702232/Ac-000000008136 Org=/000004153227 New York NY 10019-2507 Obi=Advancessn: 0335002 Trn: 6528000300Fc | 20,000.00 |
| **Total Deposits and Additions** | | **$42,000.00** |

# CHASE ◯

October 01, 2010 through October 29, 2010
Account Number: 000000813694700

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:     Step 1 Balance: $_____
2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total: $_____

3. Add Step 2 Total to Step 1 Balance.     Step 3 Total: $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total: -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance: $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC

# CHASE

October 01, 2010 through October 29, 2010
Account Number: 000000813694700



## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1061 ^ | | 10/06 | $1,265.00 |
| 1062 ^ | | 10/06 | 175.00 |
| 1063 ^ | | 10/06 | 125.00 |
| 1064 ^ | | 10/14 | 1,450.00 |
| 1065 ^ | | 10/12 | 175.00 |
| 1066 ^ | | 10/12 | 125.00 |
| 1067 ^ | | 10/25 | 65.00 |
| 1068 ^ | | 10/20 | 1,250.00 |
| 1069 ^ | | 10/20 | 175.00 |
| 1070 ^ | | 10/19 | 125.00 |
| 1071 ^ | | 10/27 | 1,250.00 |
| 1072 ^ | | 10/29 | 175.00 |
| 1073 ^ | | 10/28 | 125.00 |
| 1074 ^ | | 10/29 | 600.00 |
| **Total Checks Paid** | | | **$7,100.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/01 | Card Purchase | 09/30 Gv 365 Riverside CT Card 3223 | $21.20 |
| 10/01 | Card Purchase | 09/30 Gv 365 Riverside CT Card 3223 | 17.89 |
| 10/01 | ATM Withdrawal | 10/01 1150 E Putnam Ave Riverside CT Card 3223 | 200.00 |
| 10/04 | Card Purchase | 10/02 Cvs Pharmacy #1898 Q Old Greenwi CT Card 3223 | 65.00 |
| 10/04 | Card Purchase | 10/02 James Wong Laundry Old Greenwich CT Card 3223 | 62.60 |
| 10/04 | Card Purchase | 10/02 Gv 365 Riverside CT Card 3223 | 22.73 |
| 10/04 | Non-Chase ATM Withdraw | 10/02 1324 Putnam Avenue Old Greenwich CT Card 3223 | 82.00 |
| 10/04 | Card Purchase | 10/02 Generations Old Greenwich CT Card 3223 | 26.00 |
| 10/04 | Card Purchase | 10/02 Gv 365 Riverside CT Card 3223 | 58.94 |
| 10/04 | ATM Withdrawal | 10/03 260 Sound Beach Ave Old Greenwic CT Card 3223 | 60.00 |
| 10/04 | Non-Chase ATM Withdraw | 10/04 100 Mill Plain Rd Danbury CT Card 3223 | 143.00 |
| 10/06 | Card Purchase | 10/05 Gv 365 Riverside CT Card 3223 | 24.59 |
| 10/06 | Card Purchase | 10/05 Gv 365 Riverside CT Card 3223 | 19.37 |
| 10/06 | Card Purchase With Pin | 10/06 Metro-North Tvm New York NY Card 3223 | 10.50 |
| 10/06 | ATM Withdrawal | 10/06 466 Lexington Avenue New York NY Card 3223 | 100.00 |
| 10/07 | Card Purchase | 10/05 Encon Heating & Air 203-375-5228 CT Card 3223 | 560.42 |
| 10/07 | Card Purchase | 10/05 Vzwrlss-Ivr Vn 800-9220204 CA Card 3223 | 517.41 |
| 10/07 | Card Purchase | 10/06 Greenwich Educati01 203-6811609 CT Card 3223 | 149.00 |
| 10/08 | Card Purchase | 10/06 0460 Extra Space Storag Stamford CT Card 3223 | 214.58 |
| 10/08 | Card Purchase | 10/07 Gv 365 Riverside CT Card 3223 | 19.94 |
| 10/08 | Card Purchase | 10/07 Upstate Candle Compa 607-639-143 NY Card 3223 | 83.58 |
| 10/08 | Card Purchase | 10/07 20 20 Optical Inc Old Greenwich CT Card 3223 | 100.00 |
| 10/08 | Card Purchase | 10/07 Jos. A. Bank #798 Cos Cob CT Card 3223 | 521.94 |

# CHASE

October 01, 2010 through October 29, 2010
Account Number: 000000813694700

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/12 | Card Purchase | 10/07 Pomodoro Pizzeria And Riverside CT Card 3223 | 31.30 |
| 10/12 | Card Purchase | 10/08 Gv 365 Riverside CT Card 3223 | 20.19 |
| 10/12 | ATM Withdrawal | 10/09 260 Sound Beach Ave Old Greenwic CT Card 3223 | 200.00 |
| 10/12 | Card Purchase | 10/09 James Wong Laundry Old Greenwich CT Card 3223 | 81.10 |
| 10/12 | Card Purchase | 10/09 Gv 365 Riverside CT Card 3223 | 32.17 |
| 10/12 | Card Purchase | 10/09 Jos. A. Bank #798 Cos Cob CT Card 3223 | 37.00 |
| 10/12 | Card Purchase | 10/09 Lacoste #379 Greenwich CT Card 3223 | 133.28 |
| 10/12 | Card Purchase | 10/09 Vineyard Vines-Greenwi Greenwich CT Card 3223 | 79.50 |
| 10/12 | ATM Withdrawal | 10/09 260 Sound Beach Ave Old Greenwic CT Card 3223 | 140.00 |
| 10/12 | Card Purchase | 10/09 Boxcar Cantina Greenwich CT Card 3223 | 255.25 |
| 10/12 | Card Purchase | 10/09 Gv 365 Riverside CT Card 3223 | 23.75 |
| 10/12 | Card Purchase With Pin | 10/10 Old Greenwich Food M Old Greenwi CT Card 3223 | 90.68 |
| 10/13 | Card Purchase | 10/11 Pomodoro Pizzeria And Riverside CT Card 3223 | 15.52 |
| 10/13 | Card Purchase | 10/12 Gv 365 Riverside CT Card 3223 | 27.01 |
| 10/13 | ATM Withdrawal | 10/13 260 Sound Beach Ave Old Greenwic CT Card 3223 | 100.00 |
| 10/14 | Card Purchase | 10/12 Exxonmobil 112230 Old Greenwi CT Card 3223 | 112.55 |
| 10/14 | Card Purchase | 10/13 Gv 365 Riverside CT Card 3223 | 18.63 |
| 10/15 | Card Purchase | 10/13 Exxonmobil 112230 Old Greenwi CT Card 3223 | 59.00 |
| 10/15 | Card Purchase | 10/14 Gv 365 Riverside CT Card 3223 | 19.20 |
| 10/15 | Non-Chase ATM Withdraw | 10/15 100 Mill Plain Rd Danbury CT Card 3223 | 303.00 |
| 10/18 | Card Purchase | 10/15 Gv 365 Riverside CT Card 3223 | 22.24 |
| 10/18 | Card Purchase | 10/16 Fandango.Com Fandango.Com CA Card 3223 | 23.00 |
| 10/18 | Card Purchase | 10/15 Tennis Warehouse 800-883-6647 CA Card 3223 | 79.95 |
| 10/18 | Card Purchase With Pin | 10/16 Cvs 01898 01898-- Old Greenwich CT Card 3223 | 35.94 |
| 10/18 | Card Purchase | 10/16 James Wong Laundry Old Greenwich CT Card 3223 | 34.45 |
| 10/18 | Card Purchase | 10/16 85 Mill Plain Rd, Llc Danbury CT Card 3223 | 35.73 |
| 10/19 | Card Purchase | 10/18 Gv 365 Riverside CT Card 3223 | 19.39 |
| 10/19 | Recurring Card Purchase | 10/18 Str Sirius Radio 888-539-7474 NY Card 3223 | 46.96 |
| 10/20 | Card Purchase | 10/19 Gv 365 Riverside CT Card 3223 | 22.11 |
| 10/20 | Card Purchase | 10/19 The Melting Pot Harlen CT Card 3223 | 169.93 |
| 10/20 | Card Purchase With Pin | 10/20 Sunoco 0714453800 Greenwich CT Card 3223 | 52.12 |
| 10/21 | Card Purchase | 10/20 Gv 365 Riverside CT Card 3223 | 21.03 |
| 10/21 | Card Purchase | 10/20 US Search 888-9994304 CA Card 3223 | 19.95 |
| 10/21 | ATM Withdrawal | 10/21 260 Sound Beach Ave Old Greenwic CT Card 3223 | 100.00 |
| 10/21 | Card Purchase With Pin | 10/21 Cvs 01898 01898-- Old Greenwich CT Card 3223 | 80.00 |
| 10/22 | Card Purchase | 10/21 Gv 365 Riverside CT Card 3223 | 18.33 |
| 10/25 | Card Purchase | 10/22 Gv 365 Riverside CT Card 3223 | 20.04 |
| 10/25 | ATM Withdrawal | 10/23 260 Sound Beach Ave Old Greenwic CT Card 3223 | 200.00 |
| 10/25 | Card Purchase | 10/23 Beach House Cafe Oldgreenwich CT Card 3223 | 44.54 |
| 10/25 | ATM Withdrawal | 10/24 260 Sound Beach Ave Old Greenwic CT Card 3223 | 140.00 |
| 10/25 | Card Purchase | 10/24 Gv 365 Riverside CT Card 3223 | 29.37 |
| 10/25 | Card Purchase | 10/24 The Greenwich Prime ME Greenwich CT Card 3223 | 69.94 |
| 10/25 | Non-Chase ATM Withdraw | 10/25 1324 Putnam Avenue Old Greenwich CT Card 3223 | 102.00 |
| 10/26 | Card Purchase | 10/25 Gv 365 Riverside CT Card 3223 | 22.03 |
| 10/26 | ATM Withdrawal | 10/26 260 Sound Beach Ave Old Greenwic CT Card 3223 | 140.00 |
| 10/27 | Card Purchase With Pin | 10/27 Cvs 01898 01898-- Old Greenwich CT Card 3223 | 87.74 |
| 10/28 | Card Purchase | 10/27 Gv 365 Riverside CT Card 3223 | 20.09 |

# CHASE

October 01, 2010 through October 29, 2010
Account Number: 000000813694700



## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/28 | Card Purchase | 10/27 Acc Fine Wines Old Greenwich CT Card 3223 | 62.54 |
| 10/29 | Card Purchase | 10/27 0460 Extra Space Storag Stamford CT Card 3223 | 204.58 |
| 10/29 | Card Purchase | 10/28 Gv 365 Riverside CT Card 3223 | 20.99 |
| 10/29 | Card Purchase | 10/28 Gv 365 Riverside CT Card 3223 | 16.63 |
| 10/29 | ATM Withdrawal | 10/29 44 Lake Ave Danbury CT Card 3223 | 200.00 |
| 10/29 | Card Purchase With Pin | 10/29 Exxonmobil POS Old Gree CT Card 3223 | 48.39 |
| **Total ATM & Debit Card Withdrawals** | | | **$7,089.83** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/07 | Chubb Personal C Bill Pay 6677182281 | Tel ID: 7529026511 | $195.32 |
| 10/08 | Ford Credit   Auto Pymt | PPD ID: 5381612444 | 505.26 |
| 10/12 | CI&P - Dd Plan   UTIL Pymt | PPD ID: 3020181050 | 477.64 |
| 10/13 | RBS Citizens NA  Payment   011500128500709 | Tel ID: 2581493818 | 180.03 |
| 10/20 | Cablevision7808  Tele Pmt | PPD ID: 9182656001 | 241.76 |
| 10/29 | Ford Credit   Auto Pymt | PPD ID: 5381612444 | 505.26 |
| 10/29 | Connecticut Natu Web_Pay   01154248102810 | Web ID: 1060383860 | 115.96 |
| **Total Electronic Withdrawals** | | | **$2,221.23** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/04 | Non-Chase ATM Fee-With | $2.00 |
| 10/04 | Non-Chase ATM Fee-With | 2.00 |
| 10/05 | Incoming Domestic Wire Fee | 15.00 |
| 10/15 | Incoming Domestic Wire Fee | 15.00 |
| 10/18 | Non-Chase ATM Fee-With | 2.00 |
| 10/21 | 10/21 Withdrawal | 758.00 |
| 10/25 | Non-Chase ATM Fee-With | 2.00 |
| 10/27 | 10/27 Withdrawal | 10,000.00 |
| 10/27 | Incoming Domestic Wire Fee | 15.00 |
| **Total Fees & Other Withdrawals** | | **$10,811.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 10/01 | $685.65 | 10/14 | 2,733.87 |
| 10/04 | 141.38 | 10/15 | 13,335.87 |
| 10/05 | 11,126.38 | 10/18 | 13,104.36 |
| 10/06 | 9,406.92 | 10/19 | 12,913.01 |
| 10/07 | 7,964.77 | 10/20 | 11,002.09 |
| 10/08 | 8,539.47 | 10/21 | 10,023.11 |
| 10/12 | 4,637.63 | 10/22 | 10,004.78 |
| 10/13 | 4,315.05 | 10/25 | 9,311.89 |

# CHASE ○

October 01, 2010 through October 29, 2010
Account Number: 000000813694700

## DAILY ENDING BALANCE (continued)

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 10/26 | 9,024.86 | 10/28 | 17,589.49 |
| 10/27 | 17,672.12 | 10/29 | 15,702.68 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 99 |
| Deposits / Credits | 3 |
| Deposited Items | 0 |
| Transaction Total | 102 |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $14.00 |
| Service Fee Credit | -$14.00 |
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 200) | $0.00 |
| Total Service Fees | $0.00 |



October 01, 2010 through October 29, 2010
Account Number: 000000813694700



## ACCEPT ALL MAJOR CREDIT AND DEBIT CARDS
## WITH A FREE TERMINAL FROM CHASE

Offering your customers more payment options can increase your sales.

*With Chase Paymentech, you can:*
- Accept your customers' major credit and debit cards: Your customers can pay you using a wide variety of payment options, including Visa®, MasterCard®, Discover® and American Express®.
- Protect your business and your customers: Our unique security measures go above and beyond what is required by Visa and MasterCard. We employ several layers of security to help prevent unauthorized access and ensure data confidentiality.
- Enjoy unparalleled reliability and 24/7 customer service: We maintain dual processing centers to ensure timely processing of your transactions. Plus, our knowledgeable staff is available 24 hours a day, seven days a week, to get you the answers you need, fast.

*Don't wait! - Offer ends December 31, 2010. Call 1-866-777-1009 today!*

Offer valid 10/01/10 through 12/31/10.

Contingent upon the execution of a Merchant Application and Agreement with Paymentech, LLC ("Chase Paymentech"). Free terminal (Hypercom® T 4210) operates exclusively with Chase Paymentech's processing services. All offers are available to only Chase Business checking customers not currently processing with Chase Paymentech and are subject to credit approval. Offers are made by Chase Paymentech, a subsidiary of JPMorgan Chase Bank, N.A.

© 2010 JPMorgan Chase Bank, N.A. Member FDIC



October 01, 2010 through October 29, 2010
Account Number: 000000813694700

This Page Intentionally Left Blank

CHASE

October 01, 2010 through October 29, 2010
Account Number: 000000813694700

Page 8 of 8

```
CO.   FILE    DEPT.   CLOCK   NUMBER
001   110133  001226          0000394311  1
                      241-0001
```

OPPENHEIMER & CO. INC.
3310 W. BIG BEAVER RD
SUITE 205
TROY, MI 48084

**Earnings Statement**    ADP

Period Beginning: 09/16/2010
Period Ending:    10/15/2010
Pay Date:         10/15/2010

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal:    6, Tax Blocked, 15% Additional Tax
  CT:

CHRISTOPHER COUGHLIN
1 RANDOM ROAD
OLD GREENWICH CT 06870

Social Security Number: xxx-xx-8484

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Commission | | | 2,058.00 | 20,580.00 |
| Gross Pay | | | 2,058.00 | 20,580.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 46.20 | 462.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -213.59 | 2,135.90 |
| Social Security Tax | | -104.73 | 1,047.30 |
| Medicare Tax | | -24.49 | 244.93 |
| CT State Income Tax | | -82.15 | 821.50 |
| **Other** | | | |
| Dep Life 15Th | | -1.10 | 11.00 |
| Ltd 15 | | -13.14 | 223.23 |
| Medical Premium | | -415.00* | 4,150.00 |
| Spouse Life | | -4.35 | 43.50 |
| Sup Life | | -324.36 | 3,243.60 |
| Net Pay | | | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,643.00

+5200 owed by Oppenheim
from 27780.

COPY    COPY