UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| | : | |
| CHRISTOPHER M. COUGHLIN | : | CASE NO. 10-50977-ahws |
| DEBTOR | : | |

### ORDER AND STIPULATION BY AND BETWEEN TRUSTEE, THE DEBTOR, CARLOS J. SERRA AND TOBI A. SERRA

At a hearing duly noticed and heard on July 23, 2013 upon the Trustee's Motion for Authority to Compromise Claim (ECF #143)(the "Compromise Motion"), at which counsel for the Trustee, Ronald I. Chorches, counsel for the Debtor, Christopher M. Coughlin and counsel for Carlos J. Serra and Tobi A. Serra appeared, and good cause appearing thereby, it is hereby

**ORDERED** that this matter is referred to the Honorable Douglas Mintz, Superior Court Judge for the Judicial District of Stamford/Norwalk at Stamford presently presiding over a matter entitled Christopher Coughlin v. Victoria Koch, et al., Docket No. CV-05-4007441-S for the purpose of enforcing the settlement agreement entered on April 1, 2011; including but not limited to a determination of the utility easement, Release of Lis Pendens, Release of Claims and Withdrawal of Action to be signed by the Trustee on behalf of the Debtor and it is further

-1-

**ORDERED** that this Court shall retain jurisdiction over all other matters pertaining to this bankruptcy estate, including the Compromise Motion.

| | |
|---|---|
| **CONSENT:**<br>RONALD I. CHORCHES, TRUSTEE | **CONSENT:**<br>CHRISTOPHER M. COUGHLIN |
| By __/s/ Ronald I. Chorches____<br>   Ronald I. Chorches, Esq.<br>   Law Offices of Ronald I. Chorches, LLC<br>   449 Silas Deane Highway<br>   Wethersfield, CT 06109 | By __/s/ Mark M. Kratter_____<br>   Mark M. Kratter, Esq.<br>   71 East Avenue, Suite O<br>   Norwalk, CT 06851 |

**CONSENT:**
CARLOS J. SERRA and TOBI A. SERRA

By __/s/ Marianne Murray_____
   Marianne Murray
   Fidelity National Law Group
   40 Richards Avenue
   Norwalk, CT 06854

Dated: September 26, 2013                By the court

*Alan H. W. Shiff*
Alan H. W. Shiff
United States Bankruptcy Judge

-2-